IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**SHELLY ALICIA LEROY,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:23-cv-00783-MHL

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC and**
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,**

      **Defendants.**

## NOTICE OF SETTLEMENT

Plaintiff SHELLY ALICIA LEROY ("Ms. Leroy"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Leroy and EQUIFAX INFORMATION SERVICES, LLC, *only*. Ms. Leroy and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Leroy and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated: April 22, 2024

                                            Respectfully submitted,

                                            **SHELLY ALICIA LEROY,**

/s/ *Mark C. Leffler*
Mark C. Leffler, VSB #40712
Leonard A. Bennett, VSB #37523
Emily Connor Kennedy, VSB #83889
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
Email: emily@clalegal.com
Email: mark@clalegal.com
*Counsel for Plaintiff*