IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **SHELLY ALICIA LEROY,**<br><br>            **Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,**<br><br>**TRANS UNION, LLC,**<br><br>**and**<br><br>**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,**<br><br>            **Defendants.** | Civil Action No. **3:23-cv-00783-MHL** |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff SHELLY ALICIA LEROY ("Ms. Leroy"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Leroy and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, *only*. Ms. Leroy and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Leroy and JP MORGAN CHASE BANK, NATIONAL ASSOCIATION shall timely file the proper form of dismissal with the Court.

Dated: June 26, 2024                                  Respectfully submitted,

                                                                           **SHELLY ALICIA LEROY**

                                                                           By:    */s/ Mark C. Leffler*
                                                                                          Counsel

Leonard A. Bennett, VSB # 37523
Mark C. Leffler, VSB # 40712
Emily Connor Kennedy, VSB # 83889
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A

1

Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile: (757) 930-3662
Email:  lenbennett@clalegal.com
Email: mark@clalegal.com
Email:  emily@clalegal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/Mark C. Leffler*
Mark C. Leffler, VSB # 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile: (757) 930-3662
Email: mark@clalegal.com
*Counsel for Plaintiff*

2