IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **SHELLY ALICIA LEROY,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, And JPMORGAN CHASE BANK, NATIONAL ASSOCIATION,**<br><br>**Defendants.** | Case Number: **3:23-cv-00783-MHL** |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, SHELLY ALICIA LEROY ("Plaintiff") and Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Experian, in the above styled action, with Plaintiff and Experian to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 14th day of August, 2024.

DATED: August 14, 2024         By: */s/ Mark Leffler*
　　　　　　　　　　　　　　　　Mark C. Leffler, VSB No. 40712
　　　　　　　　　　　　　　　　CONSUMER LITIGATION ASSOCIATES, P.C.
　　　　　　　　　　　　　　　　763 J. Clyde Morris Blvd., Suite 1A
　　　　　　　　　　　　　　　　Newport News, VA  23601
　　　　　　　　　　　　　　　　Telephone:  (757) 930-3660
　　　　　　　　　　　　　　　　Facsimile:  (757) 930-3662
　　　　　　　　　　　　　　　　Email:  mark@clalegal.com
　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

/s/ *David N. Anthony*
David N. Anthony
Troutman Pepper Hamilton Sanders, LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23219
Email: david.anthony@troutman.com
*Counsel for Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Mark L. Leffler*
Mark C. Leffler

*Counsel for Plaintiff*