IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHELLY ALICIA LEROY,
    Plaintiff,

v.                                                   Civil Action No. 3:23-CV-00783 (MRC)

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

    Plaintiff, Shelly Alicia Leroy, and Defendant JPMorgan Chase Bank, National Association ("Chase"), by and through their counsel, jointly stipulate and agree to dismissal of all of Plaintiff's claims against Chase, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii). (ECF No. 73.) Each party is to bear its own attorneys' fees, costs, and expenses. This Court shall retain jurisdiction over any subsequent enforcement of the settlement reached between Plaintiff and Chase.

    It is so ORDERED.

                                                                          /s/ MRC
                                                                    Mark R. Colombell
                                                                    United States Magistrate Judge

Richmond, Virginia
Date: September 26, 2024